IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY L. VAN BUREN, SR., | ) | 4:06CV3295 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BURLINGTON NORTHERN | ) | |
| SANTA FE RAILWAY COMPANY, | ) | |
| a Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiff's unopposed motion for additional time to respond to the pending motion for summary judgment. I will grant the motion.

IT IS ORDERED:

1. The motion in filing 52 is granted, and Plaintiff shall have until September 7, 2007 to respond to Defendant's motion for summary judgment;

2. Defendant shall have until September 21, 2007, 2007 to file its reply; and

3. The Clerk of the Court shall modify the CM/ECF case management deadlines to reflect that Defendant's motion for summary judgment (filing 48) shall be ripe for decision on September 21, 2007.

August 8, 2007                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge