```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TIMOTHY L. VAN BUREN SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3295 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, A Corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment.

DATED this 3rd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge