IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY L. VAN BUREN SR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3295 |
| | ) | |
| v. | ) | |
| | ) | |
| BURLINGTON NORTHERN SANTA FE RAILWAY, A Corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    Magistrate Judge Piester has recused himself from this case. Therefore,

    IT IS ORDERED that the final pretrial conference will be held before the undersigned on Thursday, October 25, 2007, at 9:00 a.m., in chambers (Room 586).

October 16, 2007.          BY THE COURT:

                                            *s/ Richard G. Kopf*
                                            United States District Judge