IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY L. VAN BUREN, SR., | ) | 4:06CV3295 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BURLINGTON NORTHERN | ) | |
| SANTA FE RAILWAY COMPANY, | ) | |
| A Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court upon Defendant's Motion in Limine (filing 97). It appears that the court should defer consideration of such motion until at or about time of trial, unless some reason is shown why earlier consideration is warranted.

    Accordingly,

    IT IS ORDERED that the motion in limine (filing 97) shall be held in abeyance and not considered until the first day of trial during the pretrial conference which will be held immediately prior to trial, unless a party shall show cause, within 10 days of this order, why such deferral would be inappropriate.

October 29, 2007.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　United States District Judge